```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

```
UNITED STATES OF AMERICA,       )
                                )     1:01-cr-5350 OWW
               Plaintiff,       )
     vs.                        )
                                )     ORDER FOR RETURN OF
MOHAMMED NASHIRI,               )     STOCK CERTIFICATE AND
                                )     PASSPORT
               Defendants.      )
_____)
```

The above-named defendant having been sentenced and having surrendered to the Bureau of Prisons as directed,

IT IS HEREBY ORDERED that the Stock Certificate and the Passport posted in this matter be returned to the surety.

IT IS SO ORDERED.

**Dated:   March 3, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE